No. D–1373. IN RE DISBARMENT OF SWERDLOW. It is ordered that Paul Swerdlow, of Media, Pa., be suspended from the practice

of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.